

# CITY OF TOPEKA

Legal Department -- Civil Litigation
215 SE 7th Street, Room 353
Topeka, KS 66603

Tel: (785) 368-3883
Fax: (785) 368-3901
www.topeka.org

November 20, 2023

Denning law Firm
8900 Indian Creek Pkwy, Suite 210
Overland Park, KS 66210

Re:  City of Topeka Claim No. 23123
     Your Client: Da'Mabrius Duncan

To whom it may concern:

The Legal Department has received the above referenced claim which was filed on November 16, 2023. The claim will be investigated and reviewed as soon as possible. However, the City has up to one hundred twenty (120) days from the filing date to investigate the claim. For that reason if you have a change of address during the resolution of this claim, be sure to notify me.

In order to approve the claim, there must be substantial evidence establishing that the City is liable. This determination will be based on the information you submit and information from city staff and records. However, as the claimant, you have the burden of demonstrating that there is substantial evidence warranting the approval of your claim. Accordingly, you should supply any and all information related to the claim. Within three weeks from the date of this letter, send me any additional information that was not included with your original claim and that you believe substantiates your claim. This information may include, but is not limited to: accident reports; diagrams; pictures; receipts; bills; medical records; names, addresses and written statements of eyewitnesses, etc.

This letter does not waive any legal defenses the City may have regarding your claim, including, but not limited to, compliance with K.S.A. 12-105b.

Sincerely,

*Lindy Brewer*

Lindy Brewer
Legal Specialist II
lbrewer@topeka.org

**EXHIBIT A**