# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DA'MABRIUS DUNCAN, as special administrator of the Estate of Taylor Lowery and as next friend to Taylor Lowery's heir-at-law, L.L., | )<br>)<br>)<br>) |
| Plaintiffs, | ) No. 24-2336-DDC-ADM<br>) |
| v. | )<br>)<br>) |
| CITY OF TOPEKA, KANSAS, et al., | )<br>) |
| Defendants. | ) |

## **ORDER**

On November 14, 2024, the court convened a scheduling conference in this case. The parties appeared through counsel. During the conference, the court and the parties discussed (among other things) the parties' dispute about the need for and scope of a proposed protective order to be entered in this case. After consultation with the parties, the court set the following briefing schedule for anticipated motion practice:

- Defendants' motion for protective order must be filed by **November 25, 2024**.

- Plaintiff's response must be filed by **December 6, 2024**.

- No reply will be allowed.

**IT IS SO ORDERED.**

Dated November 14, 2024, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge
