# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **THE ESTATE OF TAYLOR LOWERY** ) | |
| **BY AND THROUGH SPECIAL** ) | |
| **ADMINISTRATOR DA'MABRIUS** ) | |
| **DUNCAN AND L.L. THROUGH NEXT OF** ) | |
| **FRIEND DA'MABRIUS DUNCAN,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Case No. 2:24-cv-02336** |
| **v.** ) | |
| ) | **JURY TRIAL DEMANDED** |
| **CITY OF TOPEKA, KANSAS,** ) | |
| ) | |
| **Serve at: City Clerk, Brenda Younger** ) | |
| **215 SE 7th St. Rm. 166** ) | |
| **Topeka, KS 66603** ) | |
| ) | |
| **OFFICER MALCOLM GILLUM,** ) | |
| ) | |
| **Serve at: 215 Kansas Ave** ) | |
| **Alma, KS 66401** ) | |
| ) | |
| **OFFICER JUSTIN GOOD,** ) | |
| ) | |
| **Serve at: 320 S. Kansas Avenue** ) | |
| **Suite 100, Topeka, KS 66603** ) | |
| ) | |
| **OFFICER BRADLEY NETHERTON,** ) | |
| ) | |
| **Serve at: 320 S. Kansas Avenue** ) | |
| **Suite 100, Topeka, KS 66603** ) | |
| ) | |
| **SERGEANT SCOTT MCENTIRE,** ) | |
| ) | |
| **Serve at: 320 S. Kansas Avenue** ) | |
| **Suite 100 Topeka, KS 66603** ) | |
| ) | |
| **DETECTIVE ALEX WALL** ) | |
| **Serve at: 320 S. Kansas Avenue** ) | |
| **Suite 100 Topeka, KS 66603** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

      COMES NOW Plaintiff Da'Mabrius Duncan, as the Special Administrator of the Estate of Taylor Lowery and L.L., a minor, by and through her next friend Da'Mabrius Duncan pursuant to Rule 15 of the Federal Rules of Civil Procedure, hereby respectfully requests this Court to issue an Order allowing the Plaintiff leave to file her First Amended Complaint in this matter.  In further support of this motion, Plaintiff states:

      1.     Plaintiff originally filed this matter on August 1, 2024. (Doc. #1)

      2.     Plaintiff's original Complaint plead causes of action for violation of Taylor Lowery's civil rights under the Fourth and Fourteenth amendment, claims for assault and battery against Taylor Lowery, and a claim for wrongful death.  Originally Plaintiff named Defendant George Chiles and John Does 1-5.  Since filing Plaintiff's Complaint, Plaintiff has learned the names of the remaining John Does and is dismissing George Chiles from this matter.

      3.     All of Plaintiff's claims arise out of the shooting and death of Taylor Lowery in Topeka Kansas on October 13, 2022, by Topeka police officers.

      4.     The deadline to amend the pleadings in this matter is January 9, 2025. (Doc. #31)

      5.     Plaintiff is within the time to amend her Complaint.

      6.     At the time Plaintiff filed her Complaint, she did not have information she needed to name the correct Defendants.

      7.     Since discovery has started and Rule 26 disclosures were made, Plaintiff has been able to discover the identities of the officers that shot Taylor Lowery and learned additional facts about the shooting.

      8.     Plaintiff seeks leave to amend her Complaint to include additional facts which were discovered with the Defendants' responses to Plaintiff's written discovery and during Rule 26

disclosures. Plaintiff also seeks leave to amend her Complaint to add Detective Alexander Wall and Sergeant Scott McEntire to this cause of action and dismiss George Chiles and the remaining 1-5 John Does.

9.    Plaintiff's request for leave to amend in no way prejudices Defendants.  As noted above, Plaintiff is within the time frame to amend the pleadings as set forth by the Court's scheduling order.  Defendants only recently responded to Plaintiff's written discovery and the facts which Plaintiff seeks to include in the First Amended Complaint were not available to Plaintiff at the time Plaintiff filed her original Complaint.  Allowing Plaintiff to amend her Complaint will in no way delay this matter and it will allow the proper parties to be named.

10.    Plaintiff's request is not made in bad faith, with dilatory motive, and only seeks to add factual allegations and add the correct parties to her Complaint which were only recently discovered by Plaintiff.  Therefore, Plaintiff should be allowed leave to amend her Complaint to include these facts and Defendants.

11.    Plaintiff's proposed First Amended Complaint is attached hereto as **Exhibit A**.

12.    Counsel for Plaintiff consulted with Defendants' counsel and the City Defendant has no objection to Plaintiff's Amended Complaint.  Counsel for the Defendant individual officers could not provide an answer at the time of this filing.

WHEREFORE, for the reasons stated herein, Plaintiff respectfully prays that this Court issue an order allowing Plaintiff leave to amend her Complaint and for such other relief as the Court deems just and proper.

Respectfully submitted,

*/s/William P. Denning*
William P. Denning          KS #21560
Paeten E. Denning          KS #29635
Denning Law Firm, LLC
8900 Indian Creek Parkway, Suite 210
Overland Park, KS 66210
Telephone:     (816) 702-8400
Facsimile:      (816) 702-8401
wdenning@denninglawfirm.com
pdenning@denninglawfirm.com
***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January 2025, I electronically filed the above and foregoing by using the CM/ECF system which will send a notice of electronic filing to registered counsel.

Spencer K. Bailly, #28627

Jeffrey M. Kuhlman, #26865

WATKINS CALCARA, CHTD.

1321 Main Street – Ste. 300

P. O. Drawer 1110

Great Bend, Kansas 67530

Phone: 620-792-8231

Fax:     620-792-2775

sbailly@wcrf.com

jkuhlman@wcrf.com

***ATTORNEYS FOR DEFENDANT OFFICERS***

Geoffrey L. Lydick, #27215

CITY OF TOPEKA LEGAL DEPARTMENT

215 SE 7th Street, Room 353

Topeka, KS  66603

Phone: 785-368-3883

Fax:     785-368-3901

gllydick@topeka.org

***COUNSEL FOR DEFENDANTS***
***CITY OF TOPEKA***

*/s/ William P. Denning*
Attorney for Plaintiff