IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE ESTATE OF TAYLOR LOWERY BY AND THROUGH SPECIAL ADMINISTRATOR DA'MABRIUS DUNCAN AND L.L. THROUGH NEXT OF FRIEND DA'MARIUS DUNCAN, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF TOPEKA, KANSAS, et al., <br> Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case #: 2:24-cv-02336-DDC-ADM |

**DEFENDANTS' JUSTIN GOOD, BRADLEY NETHERTON, GEORGE CHILES AND MALCOM GILLUM'S RESPONSE TO PLAINTIFFS' MOTION TO AMEND**

COME NOW Defendants Officer Justin Good, Officer Bradley Netherton, Officer George Chiles and Officer Malcolm Gillum, by and through their counsel of record, and in response to Plaintiff's Motion to Amend her Complaint (Doc. 43), inform the Court that these Defendants have no objection and do not oppose Plaintiff's request for leave to file the proposed amended complaint.

WATKINS CALCARA, CHTD.

s/    JEFFREY M. KUHLMAN
Jeffrey M. Kuhlman, #26865
1321 Main Street - Suite 300
P.O. Drawer 1110
Great Bend, Kansas  67530
(620) 792-8231  Fax (620) 792-2775
jkuhlman@wcrf.com
Attorneys for Defendants Officer Justin Good, Officer Bradley Netherton, Officer George Chiles and Officer Malcolm Gillum

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2025, I electronically filed the above and foregoing Response by using the CM/ECF system which will send a notice of electronic filing to registered counsel.

<u>s/      JEFFREY M. KUHLMAN</u>
Jeffrey M. Kuhlman, #26865