IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ESTATE OF TAYLOR LOWERY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case #: 2:24-cv-02336-DDC-ADM |
| ) | |
| CITY OF TOPEKA, KANSAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF SERVICE**

The defendants, Officer Justin Good, Officer Bradley Netherton, Officer Malcolm Gillum, Sergeant Scott McEntire and Detective Alex Wall state that the following were submitted in accordance with Federal Rules of Civil Procedure 26:

1. Defendants' Supplement Set of Interrogatories to Plaintiffs

2. Defendants' Supplemental Request for Production to Plaintiffs

WATKINS CALCARA, CHTD.

s/   JEFFREY M. KUHLMAN
Jeffrey M. Kuhlman, #26865
Spencer K. Bailly, #28627
1321 Main Street - Suite 300
P.O. Drawer 1110
Great Bend, Kansas  67530
(620) 792-8231   Fax (620) 792-2775
jkuhlman@wcrf.com; sbailly@wcrf.com
Attorneys for Defendants Officer Justin
Good, Officer Bradley Netherton, Officer
Malcolm Gillum. Sergeant Scott McEntire and
Detective Alax Wall

## CERTIFICATE OF SERVICE

     I hereby certify that on this 24th day of January, 2025, I electronically filed the above and foregoing Notice of Service by using the CM/ECF system which will send a notice of electronic filing to registered counsel and that the original and/or copies of the above-listed discovery response were served electronically.

                                          s/     JEFFREY M. KUHLMAN
                                              Jeffrey M. Kuhlman, #26865