THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE ESTATE OF TAYLOR LOWERY, et al., | |
| Plaintiffs, | |
| v. | Case No. 2:24-CV-002336-DDC-ADM |
| CITY OF TOPEKA, KANSAS, et al., | |
| Defendants. | |

## DEFENDANTS MOTION FOR LEAVE OF COURT TO TAKE PRISONER DEPOSITION AND MEMORANDUM IN SUPPORT

Defendants the City of Topeka, by and through its counsel Nicholas H. Jefferson and Geoffrey L. Lydick, and Defendants Malcolm Gillum, Justin Good, Bradley Netherton, Alexander Wall, and Scott McEntire by and through Jeffrey M. Kuhlman and Spencer K. Bailly, of the law firm of Watkins Calcara, Chtd., their attorneys, and pursuant to pursuant to Fed. R. Civ. P. 30(a)(2)(B) hereby seeks leave of this court to take the deposition of Brenda Crocker, an inmate at the Topeka Correctional Facility in Topeka, Kansas.  In support of this motion, Defendants state:

1. This action arises out of the shooting death of Taylor Lowery by Topeka Police Officers in the parking lot of the Kwik Shop located at 4500 SW Topeka Boulevard in Topeka, Kansas.

2. Defendants assert that, when officers first encountered Lowery in the parking lot, he was attempting to car jack Brenda Crocker at knife point.

3. Brenda Crocker was present at 4500 SW Topeka and encountered Taylor Lowery before Lowery was shot. Her testimony is essential to the claims and defenses in this matter.

4. Available public records from the Kansas Adult Supervised Population Electronic Repository ("KASPER") reveal that Ms. Crokcer is currently incarcerated at Topeka Correctional Facility, in Topeka, Kansas.

5. Federal Rule of Civil Procedure 30(a)(2)(B) requires Defendant to obtain leave of court

to take the deposition of individuals confined in prison. When leave is required, the "court must grant leave to the extent consistent with Rule 26(b)(1) and (2)." Fed. R. Civ. P. 30(a)(2).

6. Defendants leave to take the deposition of Brenda Crocker on a date and time to be determined and arranged by the Parties and the Kansas Department of Corrections.

7. The deposition is needed to learn details about the issues summarized above, and granting Defendants leave to take Ms. Crocker's deposition is consistent with Fed. R. Civ. P. 26(b)(1) and (2).

8. In addition, Defendants intend to videotape the deposition of Ms. Crocker given the possibility she will be incarcerated at the time of trial in this lawsuit. Public records suggest that the earliest possible release date for Ms. Harrison is June 24, 2026. Recording the deposition via audiovisual means is permitted under Fed. R. Civ. P. 30(b)(3)(A), "[u]nless the court orders otherwise."

9. Defendants have consulted with counsel for Plaintiffs, who do not oppose this request.

WHEREFORE, Defendants respectfully requests that the Court grant its Motion for Leave of Court to Take Prisoner Deposition and grant such other relief as the Court deems to be reasonable, appropriate, and just.

Respectfully submitted,

WATKINS CALCARA, CHTD.

/s/ JEFFREY M. KUHLMAN
Jeffrey M. Kuhlman, #26865
1321 Main Street - Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
(620) 792-8231 Fax (620) 792-2775
jkuhlman@wcrf.com
Attorney for Defendants City of Topeka, Officer Malcolm Gillum, Officer Justin Good, Officer Bradley Netherton, Detective Alexander Wall, and Sgt. Scott McEntire

s/ NICHOLAS H. JEFFERSON
Nicholas H. Jefferson, #25530
City of Topeka Legal Department
215 SE 7th St., Room 353
Topeka, KS 66603
(785) 368-3883; (785) 368-3901 (fax)
njefferson@topeka.org
Attorneys for City of Topeka

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2024, I electronically filed the above and foregoing Motion by using the CM/ECF system which will send a notice of electronic filing to registered counsel.

/s/ JEFFREY M. KUHLMAN
Jeffrey M. Kuhlman, #26865
