## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **THE ESTATE OF TAYLOR LOWERY BY AND THROUGH SPECIAL ADMINISTRATOR DA'MABRIUS DUNCAN AND L.L. THROUGH NEXT OF FRIEND DA'MABRIUS DUNCAN,** | ) ) ) ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) ) |
| **CITY OF TOPEKA, KANSAS, OFFICER MALCOLM GILLUM, OFFICER JUSTIN GOOD, OFFICER BRADLEY NETHERTON, OFFICER GEORGE CHILES AND JOHN DOES 1-5,** | ) ) ) ) ) ) ) |
| **Defendants.** | ) |

Case No. 2:24-cv-02336-DDC-ADM

**JURY TRIAL DEMANDED**

### NOTICE TO TAKE VIDEOTAPED DEPOSITION

To: All parties and/or their attorneys of record:

PLEASE TAKE NOTICE that Plaintiff will take the videotaped deposition of **Officer Bradley Netherton** relative to the above captioned matter on Tuesday, February 18, 2025, at 1:00 p.m., Topeka Police Station located at 320 S. Kansas Avenue, Ste. 100, Topeka, KS 66603, or a place mutually agreed by the parties, with respect to all matters relevant to the subject matter involved in this action.

Said deposition will be taken upon oral examination at said time and place before a certified shorthand reporter and the taking of same will continue from day to day until said deposition is complete.

Respectfully submitted,

*/s/William P. Denning*
William P. Denning          KS #21560
Paeten E. Denning           KS #29635
Denning Law Firm, LLC
8900 Indian Creek Parkway, Suite 210
Overland Park, KS 66210
Telephone:    (816) 702-8400
Facsimile:    (816) 702-8401
wdenning@denninglawfirm.com
pdenning@denninglawfirm.com
***ATTORNEYS FOR PLAINTIFFS***

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February 2025, I electronically filed the above and foregoing by using the CM/ECF system which will send a notice of electronic filing to registered counsel.

Spencer K. Bailly, #28627
Jeffrey M. Kuhlman, #26865
WATKINS CALCARA, CHTD.
1321 Main Street – Ste. 300
P. O. Drawer 1110
Great Bend, Kansas 67530
Phone:        620-792-8231
Fax:          620-792-2775
sbailly@wcrf.com
jkuhlman@wcrf.com
*ATTORNEYS FOR DEFENDANTS*
*OFFICER GOOD, OFFICER NETHERTON,*
*OFFICER CHILES and OFFICER GILLUM*

Geoffrey L. Lydick, #27215
CITY OF TOPEKA LEGAL DEPARTMENT
215 SE 7th Street, Room 353
Topeka, KS  66603
Phone:          785-368-3883
Fax:             785-368-3901
gllydick@topeka.org
*CO-COUNSEL FOR DEFENDANTS*
*CITY OF TOPEKA*


                                                              */s/ William P. Denning*
                                                              Attorney for Plaintiffs