UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE ESTATE OF TAYLOR LOWERY BY AND THROUGH SPECIAL ADMINISTRATOR DA'MABRIUS DUNCAN AND L.L. THROUGH NEXT OF FRIEND DA'MABRIUS DUNCAN, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:24-cv-02336-DDC-ADM ) ) JURY TRIAL DEMANDED |
| CITY OF TOPEKA, KANSAS, OFFICER MALCOLM GILLUM, OFFICER JUSTIN GOOD, OFFICER BRADLEY NETHERTON, OFFICER GEORGE CHILES AND JOHN DOES 1-5, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF RULE 29 STIPULATION EXTENDING TIME FOR DISCLOSURE OF DEFENDANTS EXPERTS REQUIRED BY FED. R. CIV. P. 26(a)(2)**

The parties notify the court that they have stipulated pursuant to Fed. R. Civ. P. 29 that the deadline for Plaintiff's disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts are extended from February 14, 2025 until March 7, 2025.

Respectfully submitted,

*/s/William P. Denning*
William P. Denning          KS #21560
Paeten E. Denning           KS #29635
Denning Law Firm, LLC
8900 Indian Creek Parkway, Suite 210
Overland Park, KS 66210
Telephone:   (816) 702-8400
Facsimile:    (816) 702-8401
wdenning@denninglawfirm.com
pdenning@denninglawfirm.com
***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February 2025, I electronically filed the above and foregoing by using the CM/ECF system which will send a notice of electronic filing to registered counsel.

Spencer K. Bailly, #28627
Jeffrey M. Kuhlman, #26865
WATKINS CALCARA, CHTD.
1321 Main Street – Ste. 300
P. O. Drawer 1110
Great Bend, Kansas 67530
Phone: 620-792-8231
Fax:    620-792-2775
sbailly@wcrf.com
jkuhlman@wcrf.com
***ATTORNEYS FOR DEFENDANTS***
***OFFICER GOOD, OFFICER NETHERTON,***
***OFFICER CHILES and OFFICER GILLUM***

Geoffrey L. Lydick, #27215
CITY OF TOPEKA LEGAL DEPARTMENT
215 SE 7th Street, Room 353
Topeka, KS  66603
Phone: 785-368-3883
Fax:    785-368-3901
gllydick@topeka.org
***CO-COUNSEL FOR DEFENDANTS***
***CITY OF TOPEKA***

                                            */s/ William P. Denning*
                                            Attorney for Plaintiffs