UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE ESTATE OF TAYLOR LOWERY BY AND THROUGH SPECIAL ADMINISTRATOR DA'MABRIUS DUNCAN AND L.L. THROUGH NEXT OF FRIEND DA'MABRIUS DUNCAN, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF TOPEKA, KANSAS, OFFICER MALCOLM GILLUM, OFFICER JUSTIN GOOD, OFFICER BRADLEY NETHERTON, OFFICER GEORGE CHILES AND JOHN DOES 1-5, <br><br> Defendants. | Case No. 2:24-cv-02336-DDC-ADM <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

This is to certify that *Plaintiff's Second Requests for Production of Documents to Defendant City of Topeka, Kansas* in the above-referenced case were sent via email in Word and PDF format to: Spencer K. Bailly (sbailly@wcrf.com), Jeffrey M. Kuhlman (jkuhlman@wcrf.com), Geoffrey L. Lydick (gllydick@topeka.org) and Nicholas H. Jefferson (njefferson@topeka.org) on the 19th day of February 2025.

Respectfully submitted,

*/s/William P. Denning*
William P. Denning     KS #21560
Paeten E. Denning      KS #29635
Denning Law Firm, LLC
8900 Indian Creek Parkway, Suite 210
Overland Park, KS 66210
Telephone:   (816) 702-8400
Facsimile:   (816) 702-8401
wdenning@denninglawfirm.com
pdenning@denninglawfirm.com
***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February 2025, I electronically filed the above and foregoing by using the CM/ECF system which will send a notice of electronic filing to registered counsel.

Spencer K. Bailly, #28627
Jeffrey M. Kuhlman, #26865
WATKINS CALCARA, CHTD.
1321 Main Street – Ste. 300
P. O. Drawer 1110
Great Bend, Kansas 67530
Phone: 620-792-8231
Fax:    620-792-2775
sbailly@wcrf.com
jkuhlman@wcrf.com
*ATTORNEYS FOR DEFENDANTS*
*OFFICER GOOD, OFFICER NETHERTON,*
*OFFICER CHILES and OFFICER GILLUM*

Geoffrey L. Lydick, #27215
Nicholas H. Jefferson, #25530
CITY OF TOPEKA LEGAL DEPARTMENT
215 SE 7th Street, Room 353
Topeka, KS  66603
Phone: 785-368-3883
Fax:    785-368-3901

gllydick@topeka.org
njefferson@topeka.org
***CO-COUNSEL FOR DEFENDANTS***
***CITY OF TOPEKA***


                                                */s/ William P. Denning*
                                                Attorney for Plaintiffs