## DECLARATION OF DA'MABRIUS DUNCAN

I, Da'Mabrius Duncan, being of sound mind and lawful age, and duly sworn, come humbly as possible and states:

1. The last 2 1/2 years, my family's wish was let the public see the police bodycam to see the truth of what happened that night my child's father, Taylor Lowery, was killed. My attorneys, LaRonna Lassiter Saunders, Willie Denning, and Paeten Denning, knew this and have been fighting for access to the truth.

2. The day before our meeting with the reporters I remember getting calls from Attorney Paeten and Attorney LaRonna that the videos were released. Attorney Paeten was going to schedule a time to go over all the videos with me, and Attorney LaRonna was going to handle the media. We all knew what our jobs were. I do not remember hearing about a protective order in those calls.

3. On December 31, 2024, my daughter and I meet by Zoom with Attorney LaRonna, Mark McCormick, Sherman Smith, and Sheila Albers. Attorney LaRonna handled the videos, made sure the questions stayed on the topic of the shooting, and took time to make sure me and my daughter was ok.

4. I talked to Attorney Paeten and Attorney LaRonna at different times about dates to put out the videos. I wanted the videos out, but not if I would have not asked to release it if I had known it meant I was going against a court order.

5. It was never of my intention to go against the rules of the protection order. This process has already been very hard and painful for our family. I feel it would be unfair to punish me for a mistake that was due to a misunderstanding. We're all human and mistakes are made.

6. When I was told about the sanctions, I let my attorneys know I wanted to express that it is contradicting to publicly admonish us for a sharing the video with the public, when the defendants have not been punished for covering up the truth and keeping it hidden by not letting the public see the videos.

    It is contradicting that the defendants are concerned about witnesses information, when WIBW reported on the shooting the night Taylor Lowery was killed, and showed the witnesses being interviewed.
    https://www.wibw.com/video/2022/10/13/man-killed-kwik-shop-officer-involved-shooting-identified/

**EXHIBIT B**

7. I remember when we found out about the misunderstanding with Mr. Smith having the video, all my attorneys quickly tried to fix the situation. They let the defendants know that it was a mistake and was not intentional.

8. I never had the videos. I do not have the videos. I did not give out the videos. My attorneys would know who received the videos and when. But I believe the only person other than my attorneys that has the original videos is Mr. Smith. Mr. Smith gave me his word not to release the protective order information and he has not.

9. Throughout this entire situation, Attorney LaRonna has been there with me since day one. She has helped me at every step. She helped me get access to see the video footage to uncover the truth of what happened to my child's father, Taylor Lowery. She connected me with Dennings, who have took this case to help with my main goal of getting the footage so the public could see the truth.

10. It would be unjust and unfair to me to take Ms. LaRonna out of the litigation process. I would have never known the depths of the truth without her. It was a struggle trying to figure out what to do by myself due to the restrictions they have for tax paying citizens to get body cam video. Having to try to get information by myself would have been impossible.

11. I declare all of the above to be true under the penalty of perjury.

_Da'Matrius Duncan_
**NAME**

_[signature]_
**SIGNATURE**

_2.25.2025_
**DATE**

Notary Seal

Jennifer Sadie
Notary Public
State of Kansas
My Appt. Expires 03/04/2025