# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DA'MABRIUS DUNCAN, as special administrator of the Estate of Taylor Lowery and as next friend to Taylor Lowery's heir-at-law, L.L., | )<br>)<br>)<br>) |
| Plaintiffs, | ) No. 24-2336-DDC-ADM<br>) |
| v. | )<br>) |
| CITY OF TOPEKA, KANSAS, et al., | )<br>) |
| Defendants. | )<br>) |

## **ORDER**

On March 10, 2025, the court convened a hearing on the parties' Joint Motion to Amend Scheduling Order. (ECF 75.) The parties explained their positions about why they need additional time to complete discovery. The court noted that it was inclined to grant an extension, but stated it would not grant serial extensions, so any motion to amend the scheduling order should include realistic proposed deadlines with the expectation that those deadlines would be firm. The court further explained that any extension of the discovery deadline would also trigger an extension of subsequent deadlines, including possibly a significant extension of the trial date. After this discussion, the parties agreed that they would confer further before committing to a concrete schedule. Accordingly, the court denied the motion without prejudice to refiling. If and when the parties file a renewed motion, it must include a detailed plan for completing discovery within the time requested (e.g., a deposition schedule).

**IT IS THERFORE ORDERED** that the parties' Joint Motion to Amend Scheduling Order (ECF 75) is denied without prejudice to being renewed.

Dated March 10, 2025, at Kansas City, Kansas.

s/ Angel D. Mitchell<br>
Angel D. Mitchell<br>
U.S. Magistrate Judge