IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE ESTATE OF TAYLOR LOWERY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF TOPEKA, KANSAS, et al.,<br><br>    Defendants. | Case No. 2:24-CV-002336-DDC-ADM |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

    COME NOW the parties, through their respective counsel of record and pursuant to Fed. R. Civ. P. 41 and jointly request an Order from the Court dismissing, without prejudice, the above captioned matter. The parties stipulate and agree that any discovery completed at the time of the filing of this stipulation including but not limited to depositions of parties, witnesses and written discovery shall be binding and used if the claims asserted in this action are refiled by Plaintiff(s), and that, unless otherwise agreed to by the parties, witnesses and parties previously deposed in this matter shall not be subject to a second deposition if these claims are refiled.

    WHEREFORE, the parties respectfully request that the Court enter an Order dismissing this matter, without prejudice and grant such other relief as the Court deems to be reasonable, appropriate, and just.

    DENNING LAW FIRM

    s/ *Paeten Denning*
    Paeten Denning, #21560
    William P. Denning, #21560
    8900 Indian Creek Parkway, Suite 210
    Overland Park, KS 66210
    (816)702 8400; Fax - (816)702 8401

pdenning@denninglawfirm.com;
wdenning@denninglawfirm.com
Attorneys for Plaintiffs

WATKINS CALCARA, CHTD.

s/      JEFFREY M. KUHLMAN
Jeffrey M. Kuhlman, #26865
1321 Main Street - Suite 300
P.O. Drawer 1110
Great Bend, Kansas  67530
(620) 792-8231  Fax (620) 792-2775
jkuhlman@wcrf.com
Attorneys for Defendants Justin Good, Bradley Netherton, Malcolm Gillum, Alex Wall and Scott McEntire


s/_____
Nick Jefferson, #25530
Geoffrey L. Lydick, #27215
City of Topeka Legal Department
215 SE 7th St.,  Room 353
Topeka, KS 66603
785 368 3883; Fax 785 368 3901;
gllydick@topeka.org;
njefferson@topeka.org;


## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of May, 2025, I electronically filed the above and foregoing Motion by using the CM/ECF system which will send a notice of electronic filing to registered counsel.

/s/ William P. Denning
Attorney for Plaintiff